NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MACDERMID PRINTING SOLUTIONS, LLC,**
*Appellant*

**v.**

**E.I. DUPONT DE NEMOURS & COMPANY,**
*Appellee*

---

2015-1750

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/001,962.

---

**JUDGMENT**

---

JOHN RICHARD HORVACK, JR., Carmody Torrance Sandak & Hennessey LLP, New Haven, CT, argued for appellant. Also represented by JOHN LOUIS CORDANI.

CHARLES E. LIPSEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by ERIKA ARNER; AARON GLEATON CLAY, HOWARD WARREN LEVINE, Washington, DC; JEFFREY DANIEL SMYTH, JENNIFER SWAN, Palo Alto, CA; MARY K. FERGUSON, Boston, MA; MICHAEL S. MARCUS, Blank Rome LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 16, 2016                    /s/ Daniel E. O'Toole
        Date                            Daniel E. O'Toole
                                        Clerk of Court